# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 18-cv-10329 |
| TOM LUKE, | ) |
|     Defendant. | ) |

## APPEARANCE

Mark R. James, of Williams, Williams, Rattner & Plunkett, P.C., enters his appearance on behalf of Defendant Tom Luke in the above-captioned matter.

                                        WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

                                        /s/ *Mark R. James*
                                        Mark R. James (P54375)
                                        Attorneys for Defendant
                                        380 N. Old Woodward, Suite 300
                                        Birmingham, MI  48009
                                        (248) 642-0333

Dated:  June 14, 2018

01215896

2

## **PROOF OF SERVICE**

      I hereby certify that on June 14, 2018, I electronically filed the foregoing with the Court using the Court's electronic filing system which will send notification of such filing to all counsel of record.

      /s/ *Mark R. James*
      Mark R. James (P54375)
      Williams, Williams, Rattner & Plunkett, P.C.
      380 N. Old Woodward, Suite 300
      Birmingham, MI 48009
      (248) 642-0333
      (248) 642-0856 (fax)
      mrjames@wwrplaw.com

01215896.DOCX